**TROUTMAN PEPPER LOCKE LLP**
Chloe Ann Lee (SBN 351040)
chloeann.lee@troutman.com
100 Spectrum Drive, Suite 1500
Irvine, CA 92618
Telephone: 949.622.2700
Facsimile: 949.622.2739

*Attorneys for Defendant*
MONEYLION TECHNOLOGIES INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL YEE, on behalf of himself and all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>MONEYLION TECHNOLOGIES INC., a Delaware corporation, and Does 1 to 100, inclusive,<br><br>Defendants. | Case No. 4:26-cv-07322-CRB<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT** : ORDER<br><br>Complaint Filed: June 1, 2026<br>Current Response Deadline: July 23, 2026<br>New Response Deadline: September 21, 2026 |

Pursuant to L.R. 6-1(a), Defendant Moneylion Technologies Inc. ("**Defendant**") and Plaintiff Daniel Yee ("**Plaintiff**"), by and through undersigned counsel, hereby jointly stipulate and agree as follows:

1. On June 1, 2026, Plaintiff filed a Complaint in the Superior Court of the State of California for the County of Contra Costa, styled *Daniel Yee, on behalf of himself and all others similarly situated v. Moneylion Technologies Inc.*, a Delaware Corporation, Case No. C26-01862.

2. On June 17, 2026, Defendant received a copy of the summons and Complaint.

3. On July 16, 2026, Defendant timely filed a Notice of Removal removing the state court action to this Honorable Court.

4. Defendant's response to the Complaint is due on July 23, 2026. Fed. R. Civ. P. 81(c)(2)(C).

5. Defendant and Plaintiff are exploring possible resolution of this matter and need additional time.

6. Defendant and Plaintiff agree to a 60-day extension of time on Defendant's time to respond to the Complaint from July 23, 2026, to September 21, 2026.

7. By filing this Stipulation, Defendant does not waive any defenses listed in Federal Rule of Civil Procedure 12.

WHEREFORE, Defendant and Plaintiff stipulate:

The deadline for Defendant to respond to the Complaint shall be extended by 60 days from July 23, 2026, to September 21, 2026.

**(Signatures on next page)**

Dated: July 21, 2026

TROUTMAN PEPPER LOCKE LLP

By: /s/ Chloe Ann Lee

Chloe Ann Lee
*Attorney for Defendant MONEYLION TECHNOLOGIES INC.*

Dated: July 21, 2026

POTTER HANDY LLP

By: /s/James M. Treglio

Mark D. Potter
James M. Treglio
Isabel Rose Masanque
Naomi Butler
*Attorneys for Plaintiff Daniel Yee*

**SIGNATURE ATTESTATION**

I, Chloe Ann Lee, hereby attest that each of the other Signatories has concurred in the filing of the document.

DATE: July 21, 2026

By: */s/Chloe Ann Lee*
Chloe Ann Lee

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

DANIEL YEE, on behalf of himself and all others similarly situated

Plaintiffs,

v.

MONEYLION TECHNOLOGIES INC., a Delaware corporation, and Does 1 to 100, inclusive,

Defendants.

Case No.

**~~[PROPOSED]~~ ORDER ON STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**

Complaint Filed: June 1, 2026
Current Response Deadline: July 23, 2026
New Response Deadline: September 21, 2026

**~~[PROPOSED]~~ ORDER**

The Court, having reviewed the joint Stipulation to Extend Time to Respond to Initial Complaint filed by Defendant Moneylion Technologies Inc. ("Moneylion"), and finding good cause, orders as follows:

1. Moneylion's time to respond to the initial complaint is extended from July 23, 2026, to September 21, 2026.

IT IS SO ORDERED.

DATE: July 24, 2026

CHARLES R. BREYER
US District Judge for the
Northern District of California