TROUTMAN PEPPER LOCKE LLP
Chloe Ann C. Lee (SBN 351040)
chloeann.lee@troutman.com
100 Spectrum Center Drive, Suite 1500
Irvine, CA 92618
Telephone: 949.622.2700
Facsimile: 949.622.2739

*Attorney for Defendant*
MONEYLION TECHNOLOGIES INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

DANIEL YEE, on behalf of himself and all others similarly situated,

Plaintiff,

vs.

MONEYLION TECHNOLOGIES INC., a Delaware corporation, and Does 1 to 100, inclusive,

Defendant.

Case No. 3:26-cv-7322CRB

**JOINT STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** : ORDER

Judge: Hon. Charles R. Breyer

Current Conference Date: October 30, 2026

New Conference Date: 14 days after Court Rules on Motion to Dismiss

Current Statement Date: October 23, 2026

New Statement Date: 7 days before New Conference Date



TROUTMAN PEPPER LOCKE LLP
100 SPECTRUM CENTER DRIVE
SUITE 1500
IRVINE, CA 92618

Pursuant to L.R. 6-1(b) and 6-2 Defendant Moneylion Technologies Inc. ("**Defendant**") and Plaintiff Daniel Yee ("**Plaintiff**"), by and through undersigned counsel, hereby jointly stipulate and agree as follows:

1. On June 1, 2026, Plaintiff filed a Complaint in the Superior Court of the State of California for the County of Contra Costa, styled *Daniel Yee, on behalf of himself and all others similarly situated v. Moneylion Technologies Inc.*, a Delaware Corporation, Case No. C26-01862.

2. On July 16, 2026, Defendant timely filed a Notice of Removal removing the state court action to this Honorable Court. ECF No. 1.

3. On July 24, 2026, this Court set the case management conference for October 30, 2026, with the case management statement due by October 23, 2026. ECF No. 12.

4. On September 21, 2026, Defendant filed a motion to dismiss the operative complaint. ECF No. 13.

5. On October 6, 2026, Plaintiff filed a Notice of Election to File First Amended Complaint as of Right in Lieu of Opposition. ECF NO. 17. Plaintiff informed the Court that Plaintiff intended to file the First Amended Class Complaint on or before October 12, 2026, in lieu of filing a merits opposition to a motion directed at a pleading that Plaintiff is amending as of right.

6. The parties filed their ADR Certifications on September 28 and September 29. ECF Nos. 15, 16.

7. On October 1, 2026, counsel for the parties met and conferred via videoconference in advance of the initial case management conference. Both parties agreed that both the Rule 26(f) conference and the initial case management conference should be continued until after the Court has ruled on the pending Motion to Dismiss.

8. Continuing the initial case management conference is in the interest of all parties will save the time and resources of all parties and the Court because the Motion to Dismiss may narrow the legal issues in this litigation, even if the Court declines to grant the Motion to Dismiss in its entirety.

//

//

TROUTMAN PEPPER LOCKE LLP
100 SPECTRUM CENTER DRIVE
SUITE 1500
IRVINE, CA 92618

Accordingly, the parties respectfully request the Court modify its initial scheduling order as follows:

1. The initial case management conference be continued from October 30, 2026, to fourteen (14) days after the final Order on Defendant's Motion to Dismiss, or to any date thereafter that is convenient for the Court.

2. Any deadline conditioned upon the date of the initial scheduling conference, including the deadlines the parties to conduct Rule 26(f) conference, make their Rule 26(a)(1) disclosures, and to submit the Joint Case Management Statement, be vacated and reset based upon the continued initial case management conference date.

TROUTMAN PEPPER LOCKE LLP
100 SPECTRUM CENTER DRIVE
SUITE 1500
IRVINE, CA 92618

Dated: October 7, 2026

**TROUTMAN PEPPER LOCKE LLP**

By: *<u>/s/ Chloe Ann Lee</u>*
Chloe Ann Lee

*Attorney for Defendant Moneylion Technologies Inc.*

Dated: October 7, 2026

**POTTER HANDY LLP**

By: *<u>/s/ Naomi Butler</u>* (authorized by email dated October 6, 2026
Mark D. Potter
James M. Treglio
Isabel Rose Masanque
Naomi Butler

*Attorneys for Plaintiff Daniel Yee*

TROUTMAN PEPPER LOCKE LLP
100 SPECTRUM CENTER DRIVE
SUITE 1500
IRVINE, CA 92618

**<u>SIGNATURE ATTESTATION</u>**

I, Chloe Ann Lee, hereby attest that each of the other Signatories has concurred in the filing of the document.

DATE: October 7, 2026

By: *<u>/s/ Chloe Ann Lee</u>*
Chloe Ann Lee

TROUTMAN PEPPER LOCKE LLP
100 SPECTRUM CENTER DRIVE
SUITE 1500
IRVINE, CA 92618

**~~[PROPOSED]~~ ORDER**

Pursuant to the parties' Stipulation, and good cause appearing, the Court orders the following:

The initial case management conference is hereby continued from October 30, 2026, to fourteen (14) days after the final Order on Defendant's Motion to Dismiss.

Any deadline conditioned upon the date of the initial scheduling conference, including the deadlines the parties to conduct Rule 26(f) conference, make their Rule 26(a)(1) disclosures, and to submit the Joint Case Management Statement, is hereby vacated and reset based upon the continued initial case management conference date.

The September 8, 2026 deadlines for Rule 26(a)(1) initial disclosures and the Joint Case Management Statement, and the ADR certification deadline, are hereby vacated.

All other deadlines shall be based upon the new date for the initial case management conference.

IT IS SO ORDERED

Dated: October __8____, 2026

______________________________
The Honorable Charles R. Breyer
U.S. District Judge