**TROUTMAN PEPPER LOCKE LLP**
Chloe Ann Lee (SBN 351040)
chloeann.lee@troutman.com
100 Spectrum Drive, Suite 1500
Irvine, CA 92618
Telephone: 949.622.2700
Facsimile: 949.622.2739

*Attorneys for Defendant*
*MONEYLION TECHNOLOGIES INC.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

DANIEL YEE, on behalf of himself and all others similarly situated

Plaintiff,

vs.

MONEYLION TECHNOLOGIES INC., a Delaware corporation, and Does 1 to 100, inclusive,

Defendants.

Case No. 3:26-cv-7322-CRB

Hon. Charles R. Breyer

**[~~PROPOSED~~] ORDER ON STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT**

| | |
|---|---|
| Complaint Filed: | June 1, 2026 |
| FAC Filed: | October 12, 2026 |
| Current Response Deadline: | October 26, 2026 |
| New Response Deadline: | November 9, 2026 |

**[~~PROPOSED~~] ORDER**

The Court, having reviewed the joint Stipulation to Extend Time to Respond to First Amended Complaint filed by Defendant Moneylion Technologies Inc. ("Moneylion"), and finding good cause, orders as follows:

1. Moneylion's time to respond to the First Amended Complaint is extended from October 26, 2026, to November 9, 2026.

IT IS SO ORDERED.

DATE: October 26, 2026

Judge Charles R. Breyer
Judge for the Northern District of California